# EXHIBIT A  - LIST OF ASSETS

(1)   22-ATF-024302 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGERS
(2)   22-ATF-024310 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER HOUSINGS
(3)   22-ATF-024312 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER COMPONENTS
(4)   22-ATF-024313 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HOUSINGS
(5)   22-ATF-024314 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENT (see attached photograph)
(6)   22-ATF-024315 15 RBT TRIGGER COMPONENTS
(7)   22-ATF-024320 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT ANTI-WALK PIN COMPONENTS
(8)   22-ATF-024322 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER COMPONENTS
(9)   22-ATF-024328 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HAMMER COMPONENTS
(10)   22-ATF-024338 6 RBT TRIGGER COMPONENTS
(11) 22-ATF-024342 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)
(12) 22-ATF-024346 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SELECTOR SWITCHES
(13) 22-ATF-024349 TWO (2) RBT TRIGGERS AND ONE (1) RBT HAMMER
(14) 22-ATF-024362 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HOUSING COMPONENT
(15) 22-ATF-024363 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)
(16) 22-ATF-024364 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SELECTOR SWITCHES
(17) 22-ATF-024365 15 RBT TRIGGER COMPONENTS
(18) 22-ATF-024366 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HOUSING COMPONENTS
(19) 22-ATF-024368 MISCELLANEOUS FIREARM PARTS BULK QUANTITY - RBT HOUSINGS AND MISC PARTSMISCELLANEOUS FIREARM PARTS BULK QUANTITY - RBT TRIGGERSMISCELLANEOUS FIREA
(20) 22-ATF-024371 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HOUSING COMPONENTS
(21) 22-ATF-024373 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HOUSING COMPONENTS
(22) 22-ATF-024374 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER COMPONENTS
(23) 22-ATF-024375 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HAMMER SPRING COMPONENTS
(24) 22-ATF-024376 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT HAMMER COMPONENTS
(25) 22-ATF-024377 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT AXELS COMPONENTS
(26) 22-ATF-024378 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT ANTI-WALK SCREWS COMPONENTS
(27) 22-ATF-024379 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT LOCKING BAR COMPONENTS
(28) 22-ATF-024380 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT DISCONNECT SPRINGS COMPONENTS
(29) 22-ATF-024381 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT DOWEL PINS COMPONENTS
(30) 22-ATF-024382 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT ANTI-WALK PINS COMPONENTS
(31) 22-ATF-024383 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT LOCKING BAR DOG SCREWS COMPONENTS
(32) 22-ATF-024384 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT LOCKING BAR SPRINGS COMPONENTS
(33) 22-ATF-024385 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER SPRINGS COMPONENTS
(34) 22-ATF-024386 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SPRINGS COMPNENTS
(35) 22-ATF-024387 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TORX SCREWS COMPONENTS
(36) 22-ATF-024388 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SAFETY SELECTOR COMPONENTS
(37) 22-ATF-024389 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)
(38) 22-ATF-024390 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER COMPONENTS
(39) 22-ATF-024406 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT TRIGGER COMPONENTS

(40) 22-ATF-024407 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SELECTORS COMPONENTS

(41) 22-ATF-024408 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SELECTOR BODY COMPONENTS

(42) 22-ATF-024409 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT LOCKING BAR DOG SCREWS COMPONENTS

(43) 22-ATF-024410 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)

(44) 22-ATF-024411 SINGLE RBT DISCONNECTOR

(45) 22-ATF-024412 MISCELLANEOUS FIREARM PARTS BULK QUANTITY UNITS OF THERMACLAMP PACKAGING

(46) 22-ATF-024413 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)

(47) 22-ATF-024414 RBT TEST PLATE

(48) 22-ATF-024415 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)

(49) 22-ATF-024416 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT SPRING COMPONENTS IN PACKAGING

(50) 22-ATF-024417 SINGLE RBT HOUSING COMPONENT

(51) 22-ATF-024418 MISCELLANEOUS FIREARM PARTS BULK QUANTITY RBT COMPONENTS (see attached photograph)

(52) 22-ATF-024419 MISCELLANEOUS FIREARM PARTS BULK QUANTITY BOXES CONTAINING RBT COMPONENTS (see attached photograph)

(53) 22-ATF-024420 Complete RBT Trigger FRT-15 Machinegun Cal:Unknown SN:None

(54) 22-ATF-024421 Complete RBT Trigger FRT-15 Machinegun Cal:Unknown SN:None

(55) 22-ATF-024423 Complete RBT Trigger FRT-15 Machinegun Cal:Unknown SN:None

(56) 22-ATF-024424 Complete RBT Trigger FRT-15 Machinegun Cal:Unknown SN:None

(57) 22-ATF-026178 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(58) 22-ATF-026794 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(59) 22-ATF-026798 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(60) 22-ATF-026801 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(61) 22-ATF-026804 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(62) 22-ATF-026808 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(63) 22-ATF-026809 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(64) 22-ATF-026811 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(65) 22-ATF-026813 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(66) 22-ATF-026814 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(67) 22-ATF-026815 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(68) 22-ATF-026816 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(69) 22-ATF-026817 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(70)  22-ATF-026819 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(71)  22-ATF-026820 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Trigger Housings MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(72)  22-ATF-026822 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Internal Parts for FRTs MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(73)  22-ATF-026823 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Internal Parts for FRTs MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(74)  22-ATF-026824 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Internal Parts for FRTs MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(75)  22-ATF-026825 UNKNOWN Miscellaneous Firearms Parts Bulk Quantity Internal Parts for FRTs MODEL:UNKNOWN CAL:UNKNOWN SN:NONE

(76)  22-ATF-028462 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(77)  22-ATF-028472 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(78)  22-ATF-028474 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(79)  22-ATF-028476 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(80)  22-ATF-028477 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(81)  22-ATF-028478 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(82)  22-ATF-028479 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(83)  22-ATF-028480 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(84)  22-ATF-028481 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(85)  22-ATF-028483 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(86)  22-ATF-028484 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(87)  22-ATF-028485 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(88)  22-ATF-028486 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(89)  22-ATF-028487 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(90)  22-ATF-028488 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(91)  22-ATF-028490 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(92)  22-ATF-028491 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(93)  22-ATF-028492 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(94)  22-ATF-028494 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(95)  22-ATF-028495 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(96)  22-ATF-028496 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(97)  22-ATF-028497 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(98)  22-ATF-028498 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(99)  22-ATF-028500 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(100)    22-ATF-028502 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(101)    22-ATF-028509 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(102)    22-ATF-028510 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(103)    22-ATF-028511 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(104)    22-ATF-028512 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(105)    22-ATF-028514 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(106)    22-ATF-028515 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(107)    22-ATF-028516 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(108)    22-ATF-028517 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(109)    22-ATF-028518 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(110)    22-ATF-028519 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(111)    22-ATF-028520 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(112)    22-ATF-028521 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(113)        22-ATF-028522 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(114)        22-ATF-028728 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(115)        22-ATF-028730 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(116)        22-ATF-028732 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(117)        22-ATF-028733 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(118)        22-ATF-028734 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(119)        22-ATF-028735 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(120)        22-ATF-028736 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(121)        22-ATF-028737 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(122)        22-ATF-028738 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(123)        22-ATF-028739 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(124)        22-ATF-028740 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(125)        22-ATF-028741 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(126)        22-ATF-028742 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(127)        22-ATF-028743 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(128)        22-ATF-028744 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(129)        22-ATF-028745 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(130)        22-ATF-028746 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(131)        22-ATF-028747 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(132)        22-ATF-028748 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(133)        22-ATF-028749 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(134)        22-ATF-028751 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(135)        22-ATF-028752 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(136)        22-ATF-028753 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(137)        22-ATF-028754 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(138)        22-ATF-028755 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(139)        22-ATF-028756 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(140)        22-ATF-028757 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(141)        22-ATF-028758 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(142)        22-ATF-028759 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(143)        22-ATF-028760 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(144)        22-ATF-028761 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(145)        22-ATF-028762 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(146)        22-ATF-028763 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(147)        22-ATF-028764 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(148)        22-ATF-028765 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(149)        22-ATF-028766 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(150)        22-ATF-028767 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(151)        22-ATF-028768 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(152)        22-ATF-028769 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(153)        22-ATF-028770 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(154)        22-ATF-028771 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(155)        22-ATF-028772 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(156)        22-ATF-028773 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(157)        22-ATF-028774 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(158)        22-ATF-028775 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(159)        22-ATF-028776 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(160)        22-ATF-028777 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(161)        22-ATF-028778 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(162)   22-ATF-028779 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(163)   22-ATF-028780 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(164)   22-ATF-028781 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(165)   22-ATF-028782 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(166)   22-ATF-028783 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(167)   22-ATF-028784 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(168)   22-ATF-028785 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(169)   22-ATF-028786 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(170)   22-ATF-028787 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(171)   22-ATF-028788 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(172)   22-ATF-028789 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(173)   22-ATF-028790 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(174)   22-ATF-028791 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(175)   22-ATF-028793 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(176)   22-ATF-028794 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(177)   22-ATF-028795 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(178)   22-ATF-028796 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(179)   22-ATF-028797 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(180)   22-ATF-028798 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(181)   22-ATF-028799 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(182)   22-ATF-028800 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(183)   22-ATF-028801 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(184)   22-ATF-028802 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(185)   22-ATF-028803 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(186)   22-ATF-028804 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(187)   22-ATF-028805 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(188)   22-ATF-028806 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(189)   22-ATF-028807 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(190)   22-ATF-028808 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(191)   22-ATF-028809 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(192)   22-ATF-028810 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(193)   22-ATF-028811 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(194)   22-ATF-028812 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(195)   22-ATF-028813 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(196)   22-ATF-028814 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(197)   22-ATF-028815 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(198)   22-ATF-028816 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(199)   22-ATF-028817 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(200)   22-ATF-028818 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(201)   22-ATF-028819 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(202)   22-ATF-028820 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(203)   22-ATF-028821 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(204)   22-ATF-028822 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(205)   22-ATF-028823 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(206)   22-ATF-028824 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(207)   22-ATF-028825 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(208)   22-ATF-028826 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(209)   22-ATF-028827 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(210)   22-ATF-028828 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(211)     22-ATF-028829 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(212)     22-ATF-028830 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(213)     22-ATF-028831 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(214)     22-ATF-028832 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(215)     22-ATF-028833 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(216)     22-ATF-028834 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(217)     22-ATF-028835 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(218)     22-ATF-028836 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(219)     22-ATF-028837 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(220)     22-ATF-028838 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(221)     22-ATF-028839 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(222)     22-ATF-028840 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(223)     22-ATF-028841 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(224)     22-ATF-028842 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(225)     22-ATF-028843 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(226)     22-ATF-028844 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(227)     22-ATF-028845 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(228)     22-ATF-028846 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(229)     22-ATF-028847 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(230)     22-ATF-028848 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(231)     22-ATF-028849 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(232)     22-ATF-028850 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(233)     22-ATF-028851 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(234)     22-ATF-028852 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(235)     22-ATF-028853 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(236)     22-ATF-028854 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(237)     22-ATF-028855 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(238)     22-ATF-028856 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(239)     22-ATF-028857 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(240)     22-ATF-028858 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(241)     22-ATF-028859 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(242)     22-ATF-028860 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(243)     22-ATF-028861 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(244)     22-ATF-028862 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(245)     22-ATF-028863 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(246)     22-ATF-028864 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(247)     22-ATF-028865 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(248)     22-ATF-028866 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(249)     22-ATF-028867 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(250)     22-ATF-028868 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(251)     22-ATF-028869 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(252)     22-ATF-028870 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(253)     22-ATF-028871 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(254)     22-ATF-028872 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(255)     22-ATF-028873 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(256)     22-ATF-028874 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(257)     22-ATF-028875 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(258)     22-ATF-028876 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(259)     22-ATF-028877 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(260)     22-ATF-028878 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(261)     22-ATF-028879 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(262)     22-ATF-028880 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(263)     22-ATF-028881 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(264)     22-ATF-028882 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(265)     22-ATF-028883 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(266)     22-ATF-028884 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(267)     22-ATF-028885 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(268)     22-ATF-028886 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(269)     22-ATF-028887 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(270)     22-ATF-028888 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(271)     22-ATF-028889 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(272)     22-ATF-028890 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(273)     22-ATF-028891 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(274)     22-ATF-028892 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(275)     22-ATF-028893 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(276)     22-ATF-028894 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(277)     22-ATF-028895 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(278)     22-ATF-028896 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(279)     22-ATF-028897 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(280)     22-ATF-028898 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(281)     22-ATF-028899 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(282)     22-ATF-028900 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(283)     22-ATF-028901 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(284)     22-ATF-028902 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(285)     22-ATF-028903 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(286)     22-ATF-028904 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(287)     22-ATF-028905 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(288)     22-ATF-028906 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(289)     22-ATF-028907 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(290)     22-ATF-028908 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(291)     22-ATF-028909 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(292)     22-ATF-028910 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(293)     22-ATF-028911 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(294)     22-ATF-028912 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(295)     22-ATF-028913 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(296)     22-ATF-028914 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(297)     22-ATF-028915 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(298)     22-ATF-028916 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(299)     22-ATF-028917 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(300)     22-ATF-028918 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(301)     22-ATF-028919 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(302)     22-ATF-028920 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(303)     22-ATF-028921 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(304)     22-ATF-028922 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(305)     22-ATF-028923 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(306)     22-ATF-028924 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(307)     22-ATF-028925 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(308)     22-ATF-028926 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(309)     22-ATF-028927 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(310)     22-ATF-028928 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(311)     22-ATF-028929 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(312)     22-ATF-028930 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(313)     22-ATF-028931 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(314)     22-ATF-029074 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(315)     22-ATF-029075 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(316)     22-ATF-029077 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(317)     22-ATF-029089 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(318)     22-ATF-029090 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(319)     22-ATF-029092 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(320)     22-ATF-029093 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(321)     22-ATF-029094 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(322)     22-ATF-029096 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(323)     22-ATF-029098 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(324)     22-ATF-029100 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(325)     22-ATF-029101 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(326)     22-ATF-029102 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(327)     22-ATF-029103 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(328)     22-ATF-029104 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(329)     22-ATF-029105 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(330)     22-ATF-029106 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(331)     22-ATF-029107 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(332)     22-ATF-029108 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(333)     22-ATF-029109 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(334)     22-ATF-029110 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(335)     22-ATF-029111 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(336)     22-ATF-029112 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(337)     22-ATF-029113 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(338)     22-ATF-029114 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(339)     22-ATF-029115 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(340)     22-ATF-029116 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(341)     22-ATF-029117 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(342)     22-ATF-029118 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(343)     22-ATF-029119 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(344)     22-ATF-029120 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(345)     22-ATF-029121 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(346)     22-ATF-029122 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(347)     22-ATF-029123 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(348)     22-ATF-029124 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(349)     22-ATF-029125 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(350)     22-ATF-029126 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(351)     22-ATF-029127 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(352)     22-ATF-029128 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(353)     22-ATF-029129 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(354)     22-ATF-029130 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(355)     22-ATF-029131 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(356)     22-ATF-029132 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(357)     22-ATF-029134 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(358)     22-ATF-029135 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(359)     22-ATF-029136 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(360)     22-ATF-029137 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(361)     22-ATF-029138 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(362)     22-ATF-029139 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(363)     22-ATF-029141 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(364)     22-ATF-029144 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(365)     22-ATF-029145 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(366)     22-ATF-029146 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(367)     22-ATF-029147 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(368)     22-ATF-029149 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(369)     22-ATF-029150 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(370)     22-ATF-029151 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(371)     22-ATF-029152 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(372)     22-ATF-029153 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(373)     22-ATF-029154 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(374)     22-ATF-029155 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(375)     22-ATF-029156 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(376)     22-ATF-029157 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(377)     22-ATF-029158 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(378)     22-ATF-029159 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(379)     22-ATF-029160 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(380)     22-ATF-029161 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(381)     22-ATF-029162 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(382)     22-ATF-029164 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(383)     22-ATF-029165 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(384)     22-ATF-029166 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(385)     22-ATF-029167 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(386)     22-ATF-029169 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(387)     22-ATF-029170 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(388)     22-ATF-029171 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(389)     22-ATF-029172 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(390)     22-ATF-029174 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(391)     22-ATF-029176 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(392)     22-ATF-029177 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(393)     22-ATF-029178 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(394)     22-ATF-029179 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(395)     22-ATF-029180 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(396)     22-ATF-029181 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(397)     22-ATF-029183 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(398)     22-ATF-029185 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(399)     22-ATF-029186 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(400)     22-ATF-029187 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(401)     22-ATF-029188 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(402)     22-ATF-029189 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(403)     22-ATF-029190 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(404)     22-ATF-029191 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(405)     22-ATF-029192 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(406)     22-ATF-029193 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(407)      22-ATF-029194 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(408)      22-ATF-029196 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(409)      22-ATF-029197 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(410)      22-ATF-029198 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(411)      22-ATF-029200 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(412)      22-ATF-029201 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(413)      22-ATF-029202 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(414)      22-ATF-029203 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(415)      22-ATF-029204 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(416)      22-ATF-029205 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(417)      22-ATF-029207 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(418)      22-ATF-029209 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(419)      22-ATF-029210 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(420)      22-ATF-029211 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(421)      22-ATF-029212 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(422)      22-ATF-029213 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(423)      22-ATF-029214 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(424)      22-ATF-029216 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(425)      22-ATF-029217 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(426)      22-ATF-029218 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(427)      22-ATF-029220 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(428)      22-ATF-029221 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(429)      22-ATF-029223 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(430)      22-ATF-029224 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(431)      22-ATF-029225 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(432)      22-ATF-029226 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(433)      22-ATF-029227 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(434)      22-ATF-029228 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(435)      22-ATF-029230 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(436)      22-ATF-029231 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(437)      22-ATF-029232 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(438)      22-ATF-029233 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(439)      22-ATF-029234 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(440)      22-ATF-029235 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(441)      22-ATF-029236 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(442)      22-ATF-029237 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(443)      22-ATF-029238 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(444)      22-ATF-029239 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(445)      22-ATF-029240 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(446)      22-ATF-029241 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(447)      22-ATF-029243 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(448)      22-ATF-029244 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(449)      22-ATF-029245 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(450)      22-ATF-029246 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(451)      22-ATF-029247 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(452)      22-ATF-029250 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(453)      22-ATF-029251 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(454)      22-ATF-029252 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(455)      22-ATF-029253 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(456)     22-ATF-029254 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(457)     22-ATF-029255 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(458)     22-ATF-029256 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(459)     22-ATF-029257 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(460)     22-ATF-029258 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(461)     22-ATF-029259 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(462)     22-ATF-029260 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(463)     22-ATF-029261 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(464)     22-ATF-029262 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(465)     22-ATF-029263 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(466)     22-ATF-029264 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(467)     22-ATF-029265 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(468)     22-ATF-029266 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(469)     22-ATF-029267 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(470)     22-ATF-029268 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(471)     22-ATF-029269 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(472)     22-ATF-029270 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(473)     22-ATF-029272 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(474)     22-ATF-029274 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(475)     22-ATF-029276 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(476)     22-ATF-029277 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(477)     22-ATF-029278 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(478)     22-ATF-029279 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(479)     22-ATF-029280 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(480)     22-ATF-029281 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(481)     22-ATF-029283 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(482)     22-ATF-029284 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(483)     22-ATF-029285 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(484)     22-ATF-029286 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(485)     22-ATF-029288 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(486)     22-ATF-029290 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(487)     22-ATF-029291 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(488)     22-ATF-029294 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(489)     22-ATF-029296 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(490)     22-ATF-029297 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(491)     22-ATF-029299 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(492)     22-ATF-029301 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(493)     22-ATF-029302 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(494)     22-ATF-029303 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(495)     22-ATF-029306 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(496)     22-ATF-029307 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(497)     22-ATF-029310 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(498)     22-ATF-029312 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(499)     22-ATF-029313 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(500)     22-ATF-029314 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(501)     22-ATF-029316 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(502)     22-ATF-029318 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(503)     22-ATF-029319 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(504)     22-ATF-029320 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(505)    22-ATF-029321 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(506)    22-ATF-029322 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(507)    22-ATF-029323 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(508)    22-ATF-029327 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(509)    22-ATF-029328 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(510)    22-ATF-029329 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(511)    22-ATF-029332 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(512)    22-ATF-029335 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(513)    22-ATF-029339 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(514)    22-ATF-029340 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(515)    22-ATF-029341 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(516)    22-ATF-029342 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(517)    22-ATF-029343 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(518)    22-ATF-029344 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(519)    22-ATF-029345 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(520)    22-ATF-029347 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(521)    22-ATF-029348 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(522)    22-ATF-029350 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(523)    22-ATF-029351 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(524)    22-ATF-029352 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(525)    22-ATF-029353 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(526)    22-ATF-029354 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(527)    22-ATF-029355 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(528)    22-ATF-029356 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(529)    22-ATF-029360 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(530)    22-ATF-029361 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(531)    22-ATF-029362 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(532)    22-ATF-029363 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(533)    22-ATF-029364 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(534)    22-ATF-029365 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(535)    22-ATF-029366 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(536)    22-ATF-029369 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(537)    22-ATF-029370 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(538)    22-ATF-029371 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(539)    22-ATF-029373 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(540)    22-ATF-029375 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(541)    22-ATF-029376 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(542)    22-ATF-029378 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(543)    22-ATF-029380 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(544)    22-ATF-029381 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(545)    22-ATF-029382 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(546)    22-ATF-029383 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(547)    22-ATF-029384 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(548)    22-ATF-029386 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(549)    22-ATF-029387 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(550)    22-ATF-029388 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(551)    22-ATF-029390 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(552)    22-ATF-029391 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(553)    22-ATF-029392 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(554)   22-ATF-029393 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(555)   22-ATF-029394 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(556)   22-ATF-029395 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(557)   22-ATF-029396 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(558)   22-ATF-029397 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(559)   22-ATF-029398 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(560)   22-ATF-029399 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(561)   22-ATF-029400 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(562)   22-ATF-029401 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(563)   22-ATF-029403 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(564)   22-ATF-029404 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(565)   22-ATF-029405 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(566)   22-ATF-029407 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(567)   22-ATF-029408 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(568)   22-ATF-029409 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(569)   22-ATF-029410 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(570)   22-ATF-029412 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(571)   22-ATF-029413 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(572)   22-ATF-029414 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(573)   22-ATF-029415 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(574)   22-ATF-029416 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(575)   22-ATF-029417 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(576)   22-ATF-029418 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(577)   22-ATF-029419 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(578)   22-ATF-029420 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(579)   22-ATF-029421 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(580)   22-ATF-029422 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(581)   22-ATF-029423 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(582)   22-ATF-029424 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(583)   22-ATF-029425 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(584)   22-ATF-029426 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(585)   22-ATF-029427 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(586)   22-ATF-029428 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(587)   22-ATF-029429 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(588)   22-ATF-029430 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(589)   22-ATF-029431 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(590)   22-ATF-029432 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(591)   22-ATF-029433 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(592)   22-ATF-029434 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(593)   22-ATF-029435 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(594)   22-ATF-029436 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(595)   22-ATF-029437 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(596)   22-ATF-029438 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(597)   22-ATF-029439 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(598)   22-ATF-029440 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(599)   22-ATF-029441 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(600)   22-ATF-029442 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(601)   22-ATF-029443 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(602)   22-ATF-029444 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(603)     22-ATF-029445 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(604)     22-ATF-029446 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(605)     22-ATF-029447 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(606)     22-ATF-029448 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(607)     22-ATF-029449 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(608)     22-ATF-029450 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(609)     22-ATF-029451 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(610)     22-ATF-029452 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(611)     22-ATF-029453 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(612)     22-ATF-029454 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(613)     22-ATF-029455 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(614)     22-ATF-029456 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(615)     22-ATF-029457 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(616)     22-ATF-029458 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(617)     22-ATF-029459 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(618)     22-ATF-029460 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(619)     22-ATF-029461 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(620)     22-ATF-029462 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(621)     22-ATF-029463 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(622)     22-ATF-029464 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(623)     22-ATF-029465 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(624)     22-ATF-029466 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(625)     22-ATF-029467 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(626)     22-ATF-029468 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(627)     22-ATF-029469 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(628)     22-ATF-029470 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(629)     22-ATF-029471 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(630)     22-ATF-029472 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(631)     22-ATF-029473 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(632)     22-ATF-029474 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(633)     22-ATF-029475 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(634)     22-ATF-029476 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(635)     22-ATF-029477 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(636)     22-ATF-029478 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(637)     22-ATF-029479 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(638)     22-ATF-029480 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(639)     22-ATF-029481 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(640)     22-ATF-029482 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(641)     22-ATF-029483 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(642)     22-ATF-029484 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(643)     22-ATF-029485 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(644)     22-ATF-029486 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(645)     22-ATF-029487 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(646)     22-ATF-029488 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(647)     22-ATF-029489 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(648)     22-ATF-029490 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(649)     22-ATF-029491 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(650)     22-ATF-029492 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(651)     22-ATF-029493 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(652)     22-ATF-029494 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(653)     22-ATF-029495 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(654)     22-ATF-029496 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(655)     22-ATF-029497 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(656)     22-ATF-029498 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(657)     22-ATF-029499 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(658)     22-ATF-029500 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(659)     22-ATF-029501 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(660)     22-ATF-029502 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(661)     22-ATF-029503 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(662)     22-ATF-029504 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(663)     22-ATF-029505 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(664)     22-ATF-029506 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(665)     22-ATF-029507 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(666)     22-ATF-029508 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(667)     22-ATF-029509 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(668)     22-ATF-029510 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(669)     22-ATF-029511 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(670)     22-ATF-029512 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(671)     22-ATF-029513 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(672)     22-ATF-029514 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(673)     22-ATF-029515 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(674)     22-ATF-029516 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(675)     22-ATF-029517 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(676)     22-ATF-029518 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(677)     22-ATF-029519 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(678)     22-ATF-029520 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(679)     22-ATF-029521 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(680)     22-ATF-029522 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(681)     22-ATF-029523 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(682)     22-ATF-029524 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(683)     22-ATF-029525 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(684)     22-ATF-029526 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(685)     22-ATF-029543 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(686)     22-ATF-029544 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(687)     22-ATF-029545 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(688)     22-ATF-029546 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(689)     22-ATF-029547 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(690)     22-ATF-029548 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(691)     22-ATF-029549 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(692)     22-ATF-029550 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(693)     22-ATF-029552 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(694)     22-ATF-029554 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(695)     22-ATF-029556 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(696)     22-ATF-029557 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(697)     22-ATF-029559 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(698)     22-ATF-029561 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(699)     22-ATF-029562 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(700)     22-ATF-029563 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(701)    22-ATF-029564 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(702)    22-ATF-029565 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(703)    22-ATF-029566 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(704)    22-ATF-029567 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(705)    22-ATF-029569 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(706)    22-ATF-029570 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(707)    22-ATF-029572 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(708)    22-ATF-029573 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(709)    22-ATF-029574 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(710)    22-ATF-029575 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(711)    22-ATF-029577 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(712)    22-ATF-029578 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(713)    22-ATF-029580 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(714)    22-ATF-029581 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(715)    22-ATF-029603 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(716)    22-ATF-029604 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(717)    22-ATF-029605 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(718)    22-ATF-029607 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(719)    22-ATF-029610 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(720)    22-ATF-029611 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(721)    22-ATF-029613 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(722)    22-ATF-029614 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(723)    22-ATF-029615 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(724)    22-ATF-029616 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(725)    22-ATF-029617 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(726)    22-ATF-029618 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(727)    22-ATF-029619 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(728)    22-ATF-029620 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(729)    22-ATF-029621 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(730)    22-ATF-029622 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(731)    22-ATF-029623 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(732)    22-ATF-029624 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(733)    22-ATF-029627 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(734)    22-ATF-029628 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(735)    22-ATF-029629 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(736)    22-ATF-029630 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(737)    22-ATF-029632 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(738)    22-ATF-029633 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(739)    22-ATF-029634 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(740)    22-ATF-029636 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(741)    22-ATF-029637 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(742)    22-ATF-029638 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(743)    22-ATF-029639 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(744)    22-ATF-029640 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(745)    22-ATF-029641 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(746)    22-ATF-029642 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(747)    22-ATF-029643 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(748)    22-ATF-029644 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(749)    22-ATF-029645 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(750)     22-ATF-029646 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(751)     22-ATF-029647 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(752)     22-ATF-029648 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(753)     22-ATF-029649 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(754)     22-ATF-029650 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(755)     22-ATF-029651 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(756)     22-ATF-029652 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(757)     22-ATF-029654 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(758)     22-ATF-029655 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(759)     22-ATF-029656 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(760)     22-ATF-029657 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(761)     22-ATF-029658 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(762)     22-ATF-029659 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(763)     22-ATF-029660 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(764)     22-ATF-029686 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(765)     22-ATF-029692 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(766)     22-ATF-029696 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(767)     22-ATF-029701 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(768)     22-ATF-029702 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(769)     22-ATF-029704 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(770)     22-ATF-029705 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(771)     22-ATF-029706 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(772)     22-ATF-029707 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(773)     22-ATF-029708 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(774)     22-ATF-029709 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(775)     22-ATF-029710 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(776)     22-ATF-029711 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(777)     22-ATF-029713 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(778)     22-ATF-029714 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(779)     22-ATF-029715 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(780)     22-ATF-029717 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(781)     22-ATF-029718 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(782)     22-ATF-029719 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(783)     22-ATF-029720 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(784)     22-ATF-029723 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(785)     22-ATF-029726 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(786)     22-ATF-029727 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(787)     22-ATF-029728 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(788)     22-ATF-029729 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(789)     22-ATF-029730 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(790)     22-ATF-029731 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(791)     22-ATF-029732 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(792)     22-ATF-029733 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(793)     22-ATF-029734 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(794)     22-ATF-029735 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(795)     22-ATF-029736 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(796)     22-ATF-029738 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(797)     22-ATF-029739 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(798)     22-ATF-029740 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(799)	22-ATF-029741 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(800)	22-ATF-029742 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(801)	22-ATF-029743 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(802)	22-ATF-029744 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(803)	22-ATF-029745 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(804)	22-ATF-029746 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(805)	22-ATF-029747 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(806)	22-ATF-029748 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(807)	22-ATF-029749 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(808)	22-ATF-029750 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(809)	22-ATF-029751 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(810)	22-ATF-029752 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(811)	22-ATF-029753 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(812)	22-ATF-029754 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(813)	22-ATF-029755 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(814)	22-ATF-029811 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(815)	22-ATF-029813 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(816)	22-ATF-029814 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(817)	22-ATF-029815 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(818)	22-ATF-029818 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(819)	22-ATF-029819 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(820)	22-ATF-029820 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(821)	22-ATF-029822 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(822)	22-ATF-029823 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(823)	22-ATF-029824 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(824)	22-ATF-029825 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(825)	22-ATF-029826 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(826)	22-ATF-029827 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(827)	22-ATF-029828 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(828)	22-ATF-029829 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(829)	22-ATF-029830 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(830)	22-ATF-029831 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(831)	22-ATF-029832 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(832)	22-ATF-029833 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(833)	22-ATF-029834 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(834)	22-ATF-029835 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(835)	22-ATF-029836 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(836)	22-ATF-029838 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(837)	22-ATF-029839 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(838)	22-ATF-029840 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(839)	22-ATF-029841 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(840)	22-ATF-029842 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(841)	22-ATF-029843 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(842)	22-ATF-029844 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(843)	22-ATF-029845 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(844)	22-ATF-029846 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(845)	22-ATF-029860 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(846)	22-ATF-029862 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(847)	22-ATF-029863 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(848)     22-ATF-029865 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(849)     22-ATF-029866 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(850)     22-ATF-029867 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(851)     22-ATF-029868 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(852)     22-ATF-029869 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(853)     22-ATF-029871 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(854)     22-ATF-029872 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(855)     22-ATF-029873 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(856)     22-ATF-029874 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(857)     22-ATF-029875 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(858)     22-ATF-029876 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(859)     22-ATF-029878 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(860)     22-ATF-029879 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(861)     22-ATF-029880 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(862)     22-ATF-029881 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(863)     22-ATF-029882 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(864)     22-ATF-029886 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(865)     22-ATF-029887 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(866)     22-ATF-029888 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(867)     22-ATF-029889 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(868)     22-ATF-029892 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(869)     22-ATF-029894 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(870)     22-ATF-029896 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(871)     22-ATF-029899 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(872)     22-ATF-029902 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(873)     22-ATF-029904 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(874)     22-ATF-029906 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(875)     22-ATF-029907 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(876)     22-ATF-029910 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(877)     22-ATF-029912 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(878)     22-ATF-029914 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(879)     22-ATF-029921 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(880)     22-ATF-029922 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(881)     22-ATF-029924 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(882)     22-ATF-029927 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(883)     22-ATF-029928 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(884)     22-ATF-029931 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(885)     22-ATF-029936 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(886)     22-ATF-029938 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(887)     22-ATF-029941 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(888)     22-ATF-029944 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(889)     22-ATF-029945 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(890)     22-ATF-029948 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(891)     22-ATF-029949 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(892)     22-ATF-029950 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(893)     22-ATF-029954 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(894)     22-ATF-029955 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(895)     22-ATF-029958 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(896)     22-ATF-029959 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(897)   22-ATF-029960 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(898)   22-ATF-029963 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(899)   22-ATF-029964 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(900)   22-ATF-029967 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(901)   22-ATF-029968 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(902)   22-ATF-029969 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(903)   22-ATF-029970 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(904)   22-ATF-029973 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(905)   22-ATF-029975 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(906)   22-ATF-029976 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(907)   22-ATF-029978 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(908)   22-ATF-029980 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(909)   22-ATF-029981 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(910)   22-ATF-029983 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(911)   22-ATF-029984 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(912)   22-ATF-029986 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(913)   22-ATF-029989 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(914)   22-ATF-029990 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(915)   22-ATF-029991 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(916)   22-ATF-029993 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(917)   22-ATF-029994 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(918)   22-ATF-029995 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(919)   22-ATF-029996 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(920)   22-ATF-029998 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(921)   22-ATF-029999 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(922)   22-ATF-030000 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(923)   22-ATF-030001 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(924)   22-ATF-030003 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(925)   22-ATF-030004 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(926)   22-ATF-030005 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(927)   22-ATF-030006 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(928)   22-ATF-030007 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(929)   22-ATF-030008 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(930)   22-ATF-030009 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(931)   22-ATF-030010 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(932)   22-ATF-030011 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(933)   22-ATF-030012 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(934)   22-ATF-030017 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(935)   22-ATF-030023 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(936)   22-ATF-030026 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(937)   22-ATF-030041 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(938)   22-ATF-030042 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(939)   22-ATF-030043 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(940)   22-ATF-030044 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(941)   22-ATF-030045 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(942)   22-ATF-030046 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(943)   22-ATF-030047 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(944)   22-ATF-030048 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(945)   22-ATF-030049 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(946)      22-ATF-030050 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(947)      22-ATF-030051 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(948)      22-ATF-030052 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(949)      22-ATF-030053 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(950)      22-ATF-030054 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(951)      22-ATF-030055 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(952)      22-ATF-030056 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(953)      22-ATF-030057 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(954)      22-ATF-030058 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(955)      22-ATF-030059 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(956)      22-ATF-030060 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(957)      22-ATF-030061 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(958)      22-ATF-030062 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(959)      22-ATF-030063 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(960)      22-ATF-030064 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(961)      22-ATF-030065 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(962)      22-ATF-030067 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(963)      22-ATF-030068 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(964)      22-ATF-030071 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(965)      22-ATF-030072 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(966)      22-ATF-030073 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(967)      22-ATF-030074 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(968)      22-ATF-030075 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(969)      22-ATF-030076 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(970)      22-ATF-030077 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(971)      22-ATF-030078 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(972)      22-ATF-030079 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(973)      22-ATF-030080 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(974)      22-ATF-030081 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(975)      22-ATF-030082 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(976)      22-ATF-030083 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(977)      22-ATF-030084 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(978)      22-ATF-030085 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(979)      22-ATF-030086 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(980)      22-ATF-030087 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(981)      22-ATF-030088 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(982)      22-ATF-030089 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(983)      22-ATF-030090 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(984)      22-ATF-030091 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(985)      22-ATF-030092 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(986)      22-ATF-030093 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(987)      22-ATF-030094 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(988)      22-ATF-030095 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(989)      22-ATF-030096 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(990)      22-ATF-030097 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(991)      22-ATF-030098 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(992)      22-ATF-030099 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(993)      22-ATF-030100 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(994)      22-ATF-030101 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(995)     22-ATF-030102 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(996)     22-ATF-030103 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(997)     22-ATF-030104 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(998)     22-ATF-030105 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(999)     22-ATF-030106 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1000)    22-ATF-030107 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1001)    22-ATF-030108 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1002)    22-ATF-030109 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1003)    22-ATF-030110 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1004)    22-ATF-030111 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1005)    22-ATF-030112 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1006)    22-ATF-030113 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1007)    22-ATF-030114 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1008)    22-ATF-030115 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1009)    22-ATF-030116 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1010)    22-ATF-030117 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1011)    22-ATF-030118 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1012)    22-ATF-030119 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1013)    22-ATF-030120 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1014)    22-ATF-030121 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1015)    22-ATF-030122 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1016)    22-ATF-030123 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1017)    22-ATF-030124 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1018)    22-ATF-030125 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1019)    22-ATF-030126 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1020)    22-ATF-030127 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1021)    22-ATF-030128 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1022)    22-ATF-030129 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1023)    22-ATF-030130 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1024)    22-ATF-030131 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1025)    22-ATF-030132 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1026)    22-ATF-030133 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1027)    22-ATF-030134 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1028)    22-ATF-030135 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1029)    22-ATF-030136 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1030)    22-ATF-030137 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1031)    22-ATF-030138 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1032)    22-ATF-030139 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1033)    22-ATF-030140 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1034)    22-ATF-030226 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1035)    22-ATF-030227 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1036)    22-ATF-030228 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1037)    22-ATF-030229 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1038)    22-ATF-030231 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1039)    22-ATF-030232 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1040)    22-ATF-030233 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1041)    22-ATF-030234 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1042)    22-ATF-030235 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1043)    22-ATF-030236 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None

(1044)     22-ATF-030237 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1045)     22-ATF-030238 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1046)     22-ATF-030239 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1047)     22-ATF-030241 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1048)     22-ATF-030242 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1049)     22-ATF-030243 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1050)     22-ATF-030244 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1051)     22-ATF-030245 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1052)     22-ATF-030246 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1053)     22-ATF-030247 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1054)     22-ATF-030248 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1055)     22-ATF-030249 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1056)     22-ATF-030251 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1057)     22-ATF-030254 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1058)     22-ATF-030256 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1059)     22-ATF-030258 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1060)     22-ATF-030259 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1061)     22-ATF-030260 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1062)     22-ATF-030261 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1063)     22-ATF-030263 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1064)     22-ATF-030264 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1065)     22-ATF-030379 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1066)     22-ATF-030380 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1067)     22-ATF-030381 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1068)     22-ATF-030383 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1069)     22-ATF-030384 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1070)     22-ATF-030386 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1071)     22-ATF-030389 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1072)     22-ATF-030392 Complete RBT Trigger FRT-15 Machine Gun CAL:Unknown SN:None
(1073)     23-ATF-004892 15 Boxes Miscellaneous Firearms Bulk Hammers
(1074)     23-ATF-004909 1 Box Miscellaneous Firearms Parts Bulk Triggers
(1075)     23-ATF-004910 7 Boxes Miscellaneous Firearms Parts Bulk Hammers
(1076)     23-ATF-004911 14 Boxes Miscellaneous Firearms Parts Bulk Triggers
(1077)     23-ATF-004912 2 Boxes Miscellaneous Firearms Parts Bulk Locking Bars
(1078)     23-ATF-004913 3 Boxes Miscellaneous Firearms Parts Bulk Disconnects

# PHOTOGRAPHS

22-ATF-024314



22-ATF-024363



22-ATF-024342



22-ATF-024389



22-ATF-024410



22-ATF-024415



22-ATF-024413



22-ATF-024418



22-ATF-024419

