TRINA A. HIGGINS, United States Attorney (7349)
ADAM S. ELGGREN, Assistant United States Attorney (11064)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 | Salt Lake City, Utah 84111
Tel: 801.524.5682 | Fax: 801.325.3399 | adam.elggren@usdoj.gov | travis.elder@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISCELLANEOUS FIREARMS AND RELATED PARTS AND EQUIPMENT LISTED IN EXHIBIT A,<br><br>Defendants *in Rem*. | Case No. 1:23-CV-00017 - TC<br><br>**APPLICATION FOR A WARRANT FOR ARREST *IN REM*** <br><br>Judge Tena Campbell |

The United States of America respectfully requests that the Clerk issue a Warrant for Arrest of Articles *In Rem* pursuant to Supplemental Rule G(3)(b)(i) for Admiralty or Maritime Claims and Asset Forfeiture Actions.

In support of this motion, the United States sets forth:

1. On February 14, 2023, the United States filed a complaint for forfeiture in rem in the above-referenced case. The complaint seeks the forfeiture of Miscellaneous Firearms and Related Parts and Equipment listed in Exhibit A. The United States requests that the Clerk issue a warrant of arrest as to the Defendant properties in Exhibit A.

2. As stated in the complaint, the above-listed Defendant Properties were involved in violations of 18 U.S.C. §§ 922(a)(4), (o); 26 U.S.C. §§ 5861(d),(e),(f) and (i) and 26 U.S.C. §

7302. Accordingly, there is probable cause for their seizure.

3. The above-listed Defendant Properties are currently in the possession, custody, and control of the United States.

4. Therefore, the United States seeks a warrant of arrest from the Clerk, pursuant to Supplemental Rule G(3)(b)(i), which provides that "[i]f the defendant is not real property . . . the Clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control[.]"

WHEREFORE, the United States respectfully requests that the Clerk issue a warrant of arrest in rem for the above Defendant Properties listed in Exhibit A.

Dated this 14th day of February, 2023.

TRINA A. HIGGINS
United States Attorney


/s/ Adam S. Elggren
ADAM S. ELGGREN
Assistant United States Attorney