# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISCELLANEOUS FIREARMS AND RELATED PARTS AND EQUIPMENT,<br><br>Defendant *in Rem*. | Case No. 1:23-CV-00017 TC<br><br>**WARRANT FOR ARREST *IN REM***<br><br>Judge Tena Campbell |

To the United States Marshal of the District of Utah and/or any other duly authorized law enforcement office:

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Utah on February 14, 2023, for Miscellaneous Firearms and Related Parts and Equipment listed in Exhibit A ("Defendant Property"), alleging the Defendant Property is subject to forfeiture to the United States of America pursuant to 26 U.S.C. § 5872(a) and 18 U.S.C. § 924(d) and

WHEREAS, pursuant to Supplemental Rule G(3)(b)(i) for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Clerk of the Court is authorized to issue a Warrant for Arrest *In Rem* if the Defendant Property is in the possession or custody of the government; and

WHEREAS the Defendant Property is currently in possession, custody or control of the United States, thus allowing the Clerk of the Court to issue this warrant pursuant to Supplemental Rule G(3)(b)(i),

YOU ARE, THEREFORE, COMMANDED to arrest and seize the Defendant Property as soon as practicable, and use discretion and whatever means be appropriate to protect and maintain said Defendant Property, and detain it in your custody or in the custody of an authorized agency until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same with the Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated this 14 day of February, 2023.

Clerk of the Court

By: *[signature: Daniel Mffn]*
DEPUTY CLERK