Darwin L. Overson (7956)
Tawni Bugden (7871)
OVERSON & BUGDEN, PLLC
250 East 200 South, Suite 330
Salt Lake City, UT 84111
Telephone: (801) 733-1308
Facsimile: (801) 528-1700
Email: darwin@boslaw.com

*Attorneys for Claimant*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MISCELLANEOUS FIREARMS AND<br>RELATED PARTS AND EQUIPMENT<br>LISTED IN EXHIBIT A,<br>    Defendants in rem,<br><br>and<br><br>RARE BREED TRIGGERS, LLC,<br>    Third-Party Claimant. | Case No. 1:23-cv-17-TC-JCB<br><br>Judge Tena Campbell |

**DECLARATION OF GLENN D. BELLAMY IN SUPPORT OF RARE BREED TRIGGERS, LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Glenn D. Bellamy, hereby declare and say as follows:

1. I am a partner with the law firm of Wood Herron & Evans, LLP, which represents Rare Breed Triggers, LLC ("Rare Breed") in other matters.

1

2.      I submit this declaration in support of Rare Breed's Motion for Summary Judgment.

3.      Attached as **Exhibit A** is a true and accurate copy of the Complaint, filed August 9, 2023, in the matter of *National Association for Gun Rights, Inc. v. Garland*, N.D. Texas, Case No. 4:23-cv-00830-O, ECF No. 1.

4.      Attached as **Exhibit B** is a true and accurate copy of the July 23, 2024, Memorandum Opinion & Order of Judge Reed O'Connor, in the matter of *National Association for Gun Rights, Inc. v. Garland*, N.D. Texas, Case No. 4:23-cv-00830-O, ECF No, 100, granting the plaintiffs' motion for summary judgment and denying the Government's cross-motion for summary judgment.

5.      Attached as **Exhibit C** is a true and accurate copy of the July 24, 2024, Final Judgment of Judge Reed O'Connor in the matter of *National Association for Gun Rights, Inc. v. Garland*, N.D. Texas, Case No. 4:23-cv-00830-O, ECF No. 101.

6.      Attached as **Exhibit D** is a true and accurate copy of the August 20, 2024, Order of Judge Reed O'Connor in the matter of *National Association for Gun Rights, Inc. v. Garland*, N.D. Texas, Case No. 4:23-cv-00830-O, ECF No.112.

This declaration is made under penalty of perjury this 26th day of September, 2024.

_____
Glenn D. Bellamy

Cincinnati, Ohio