IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISCELLANEOUS FIREARMS AND RELATED PARTS AND EQUIPMENT LISTED IN EXHIBIT A,<br><br>Defendants in Rem. | **ORDER GRANTING MOTION TO STAY AND DENYING WITHOUT PREJUDICE MOTION FOR SUMMARY JUDGMENT**<br><br>1:23-cv-00017-TC-JCB<br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |
| RARE BREED TRIGGERS, LLC,<br><br>Claimant. | |

Before the court is a motion to stay the proceedings in this action filed by the Plaintiff, the United States of America. (ECF No. 44.) All parties have consented to the requested stay. (Id. at 1.) The United States represents that the parties are involved in settlement discussions at a national level that could materially affect this forfeiture. (Id. at 2.)

Also pending is a motion for summary judgment filed by the third-party claimant, Rare Breed Triggers, LLC. (ECF No. 30.) That motion concerns both legal questions about the impact of other court rulings addressing similar issues and factual questions about the mechanics of how a forced reset trigger (FRT) operates. To the extent that the court may resolve the motion as a legal matter, the legal landscape may change while the parties pursue settlement negotiations. And to the extent that the court must make factual findings about the operation of FRTs, it would be inappropriate to grant summary judgment. The court will therefore deny the

pending motion for summary judgment without prejudice. Should the parties be unable to reach an agreement in this matter, the court will hold a status conference to determine whether additional motion practice is appropriate or whether the case should proceed to trial.

## ORDER

For the foregoing reasons, the court ORDERS as follows:

1. The court GRANTS the Plaintiff's Motion to Stay. (ECF No. 44.) All deadlines in this matter are stayed until the conclusion of the parties' settlement negotiations.

2. The court DENIES WITHOUT PREJUDICE the Third-Party Claimant's Motion for Summary Judgment. (ECF No. 30.) Should the parties be unable to reach a resolution, the court will hold a status conference to determine whether the Third-Party Claimant wishes to file a renewed motion for summary judgment. The court strikes the hearing on the motion scheduled for April 29, 2025.

3. The parties must inform the court of any important developments in the settlement discussions. The parties must file a status report no later than October 1, 2025, if the parties have not resolved the matter by that date.

DATED this 23rd day of April, 2025.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge